No. 79–5372.   KELLY v. WILLIAMS, WARDEN, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 79–5377.   BEALS v. WILSON ET AL.   Sup. Ct. Colo. Certiorari denied.

No. 79–5388.   WOJLOH v. ADDISON ET AL.   Ct. Sp. App. Md.   Certiorari denied.

No. 79–5406.   ORIS v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 79–5407.   STEVENS v. HARRIS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.   C. A. 9th Cir.   Certiorari denied.

No. 79–5408.   CLAYTON v. COUNTY OF MONTEREY ET AL. C. A. 9th Cir.   Certiorari denied.

No. 79–5410.   KASONOVITCH v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 79–5420.   WILSON v. FIRST VALLEY BANK.   C. A. 3d Cir.   Certiorari denied.

No. 79–5424.   JAFREE v. SCOTT, ATTORNEY GENERAL OF ILLINOIS.   C. A. 7th Cir.   Certiorari denied.

No. 79–5445.   MALTBY v. COX CONSTRUCTION CO., INC., ET AL.   Sup. Ct. Utah.   Certiorari denied.

No. 79–5461.   LUJAN-CASTRO v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 79–5472.   ESTRADA v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 79–5478.   CONVERY v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.